2021 MAR 15 AM 11:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 21-30011-DWD-1 |
| v. | |
| LAGARDO R. WRIGHT | **DECLARATION RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

## 21MJ01275

The above-named defendant was charged by: ARREST WARRANT
in the EAST ST. LOUIS          District of ILLINOIS          on 01/22/2021
at 0800          ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about 01/22/2021
in violation of Title 18          U.S.C., Section(s) 1349
to wit: BANK FRAUD

A warrant for defendant's arrest was issued by: _____

Bond of $ NONE          was ☐ set / ☒ recommended.

Type of Bond: _____

Relevant document(s) on hand (attach): _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                  Date

_____          ZULMA MACHADO
Signature of Agent                   Print Name of Agent

USMS                              DSO
Agency                            Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT