Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>21-30011-DWD-1 |
|---|---|
| LARGARDO R. WRIGHT<br>USMS#  _____<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ01275**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 03/15/2021 at 1200  ☐ AM  ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____  ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 1349 BANK FRAUD

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 2001

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: VIVVIAN VILLEGAS

10. Remarks (if any): _____

11. Name: ZULMA MACHADO  (please print)

12. Office Phone Number: 213-620--8325

13. Agency: USMS

14. Signature: _____

15. Date: 03/15/2021

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION