# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

LAGARDO R. WRIGHT
*Defendant(s)*

Case Number: 21-30011-DWD-1

RECEIVED
U.S. Marshals Service

JAN 2 2 2021

Southern District of Illinois
E. St. Louis, IL

## ARREST WARRANT

21MJ01275

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) LAGARDO R. WRIGHT

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 – 18:1349 Conspiracy to Commit Bank Fraud
Count 4 & 6 – 18:1344(2) and 2 Bank Fraud, Aiding and Abetting

Date: January 22, 2021

*Issuing officer's signature* — Olivia M Braun, Deputy

City and state: East St. Louis, IL

MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on (date) _____ , and the person was arrested on (date) _____ at (city and state) _____ . | |
| Date: _____ | Arresting officer's signature _____ |
| | Printed name and title _____ |

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)

2125-0126-0489-J

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: